IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE
        Plaintiff,                            No.  CIV-S-05-02328 DFL GGH

vs.

COURT GALVANIZING INC.

        Defendant.                             ORDER
_____/

        The parties and counsel met in settlement conference as scheduled on March 28, 2006.  At this conference, it became evident to all concerned that the parties' consultants needed to frankly discuss the issues in this case with each other under the umbrella of settlement conference confidentiality.  If they did candidly discuss the issues in this case, it is possible that many issues could be resolved or substantially narrowed.

        Therefore, after agreement by the parties, the undersigned ordered the following process:

1. The consultants in this case will meet and confer no later than Friday, April 7, 2006, and hopefully, much earlier.  The meeting is to be in person, if at all possible.  The consultants will discuss problems and solutions germane to resolution of this case.  In other words, plaintiff's

1

consultant will identify a problem with its attendant *reasonable* solution, and defendant's consultant, through the course of mutual discussion, will agree, or not, that a problems exists, and tentatively accept, reject, supplement, or otherwise modify the proposed solution.

2. Plaintiff shall serve on defendant and e-mail to the undersigned, no later than Monday, April 10, 2006, its specific statement as to the issues which have been resolved, and those issues remaining for which plaintiff proposes a specific solution. Plaintiff shall briefly discuss why a specific problem is indeed a problem, and how the proposed solution, or iterative process, is the best, reasonable means to rectify the problem. To the extent legal discussion is required, the undersigned would find such brief discussion helpful.

3. Defendant shall serve on plaintiff, and e-mail to the undersigned, no later than April 17, 2006, its response affirming resolution where an issue has arrived at resolution, and specifically responding to identified remaining problems with attendant solutions. If defendant disagrees with a proposed solution, defendant shall state why, and propose, if appropriate, a counter-resolution. Again, to the extent legal discussion is helpful to the discussion, the undersigned would appreciate such.

4. The parties and counsel, and with consultants if appropriate, shall meet in further settlement conference before the undersigned on April 21, 2006 at 1:30 p.m.

No scheduling order has been issued in this case. Therefore, the undersigned orders that all discovery be stayed pending completion of the above mentioned process. Any further stay orders will be considered, if necessary, after the April 21, 2006 further settlement conference.

/////
/////
/////
/////
/////

1   All conversations taking place under the auspices of this order, and writings and
2 other documents generated for, and/or utilized in, the above described process, are confidential
3 and not to be used in the litigation, if further litigation is necessary, unless the parties agree
4 otherwise.

7 IT IS SO ORDERED

10 DATED: March 28, 2006

                                          /s/ Gregory G. Hollows
                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE