ANDREW L. PACKARD (Cal. Bar No. 168690)
MICHAEL P. LYNES (Cal. Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA  94952
Tel:  (707) 763-7227
Fax:  (707) 763-9227
E-mail: andrew@packardlawoffices.com
Attorneys for Plaintiff CALIFORNIA

MICHAEL R. LOZEAU (Cal. Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>    Plaintiff,<br>vs.<br><br>COURT GALVANIZING, INC.<br><br>    Defendant. | Case No. 2:05-cv-002328-DFL-GGH<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

WHEREAS, on September 8, 2005, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Court Galvanizing, Inc. with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act §505, 33 U.S.C. §1365.

WHEREAS, on November 17, 2005 CSPA filed its Complaint against Court Galvanizing in this court, *California Sportfishing Protection Alliance v. Court Galvanizing, Inc.* Case No. 2:05-cv-002328-DFL-GGH.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

1    WHEREAS, CSPA and Court Galvanizing, through their authorized representatives and
2 without either adjudication of CSPA's claims or admission by Court Galvanizing of any alleged
3 violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations
4 of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of
5 further litigation.  A copy of the [Proposed] Consent Agreement entered into by and between
6 CSPA and Court Galvanizing is attached hereto as Exhibit A and incorporated by reference.

7    WHEREAS, the parties submitted the Settlement Agreement via certified mail, return
8 receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review
9 period set forth at 40 C.F.R. § 135.5 has completed.

10   NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
11 parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice
12 pursuant to Federal Rule of Civil Procedure 41(a)(2).  The parties respectfully request an order
13 from this Court dismissing such claims with prejudice.  In accordance with paragraph 33 of the
14 Consent Agreement, the parties also request that this Court retain and have jurisdiction over the
15 Parties with respect to disputes arising under the agreement.

Dated:  February 14, 2007         LAW OFFICES OF ANDREW L. PACKARD

                                  By: /s/ Michael Lynes
                                  Michael Lynes
                                  Attorney for Plaintiff

Dated:  February 14, 2007         STANZLER FUNDERBURK & CASTELLON LLP

                                  By: /s/ Ruben Castellon
                                  Ruben A. Castellon
                                  Attorney for Defendant
                                  [electronically signed with consent of counsel]

**[PROPOSED] ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Court Galvanizing, Inc. as set forth in the Notice and Complaint filed in Case No. 2:05-cv-02328-DFL-GGH, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the agreement attached to the parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

EASTERN DISTRICT COURT OF CALIFORNIA

Dated:  February 16, 2007

/s/ David F. Levi
David F. Levi, United States District Court Judge